UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) Case No. 97-40038-DRH |
| | ) |
| vs. | ) |
| | ) |
| Carlos D. Branch, | ) |
| | ) |
| Defendant. | ) |

## ORDER REMITTING FINE

Upon motion of the United States of America and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED**, in accordance with the provision of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the Defendant in the amount of $1,550.00, is hereby **REMITTED**.

DATED: July 22, 2008

/s/ *David R Herndon*
Chief Judge
United States District Court